UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE DOLIN,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID EDWARDS, et al.<br><br>                Defendants. | CASE NO. C21-5323 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's complaint is **DISMISSED** prior to service pursuant to 28 U.S.C. § 1915A;

    (3)    All claims against Defendants Jason Walker and David Edwards are **DISMISSED with prejudice**;

(4) All claims against Defendant Harold Karlsvik are **DISMISSED without prejudice**;

(5) Plaintiff's motion to proceed *in forma pauperis*, Dkt. 3, is striken as moot; and

(6) The Clerk shall enter JUDGMENT and close this case.

Dated this 6th day of July, 2021.

BENJAMIN H. SETTLE
United States District Judge